**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-7494**

———————————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

YHINE HINES, a/k/a Itty,

             Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:01-cr-00304-JRS-8)

———————————

Submitted: February 9, 2012     Decided: February 14, 2012

———————————

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Yhine Hines, Appellant Pro Se. Peter Sinclair Duffey, Robert E. Trono, Assistant United States Attorneys, David Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yhine Hines appeals the district court's order denying his motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hines, No. 3:01-cr-00304-JRS-8 (E.D. Va. Oct. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED